Julia Azrael (Bar No. 109049)
Email: jazrael@azraellaw.net
John S. Curtis (Bar No. 50350)                                    JS-6
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047

Attorneys for Defendant
UNITED FINANCIAL CASUALTY COMPANY
(erroneously sued as PROGRESSIVE
CASUALTY INSURANCE, INC.)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY'S ROAD SERVICE, INC. dba JERRY'S TOWING, a California Corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>PROGRESSIVE CASUALTY INSURANCE, INC., and DOES 1 through 50, Inclusive,<br><br>           Defendants. | CASE NO. CV10-01330 SVW(VBKx)<br><br>[Complaint Filed:    January 15, 2010]<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Discovery Cutoff: None<br>Motion Cutoff:    None<br>Trial Date:       August 17, 2010 |

Pursuant to the stipulation of the parties that this case should be dismissed without prejudice, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the complaint of plaintiff JERRY'S ROAD SERVICE, INC., dba JERRY'S TOWING shall be dismissed without prejudice, with each side to bear its own costs.

Approved as to form:

- 1 -
[PROPOSED} JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

1 | Dated: July 30, 2010 | LAW OFFICES OF MICHAEL BROWN

By:     see faxed signature attached
MICHAEL BROWN
Attorneys for Plaintiff
JERRY'S ROAD SERVICE, INC. dba
JERRY'S TOWING

Dated: July 30, 2010 | LAW OFFICES OF JULIA AZRAEL

By: _____
JULIA AZRAEL
Attorneys for Defendant
UNITED FINANCIAL CASUALTY
COMPANY

IT IS SO ORDERED.

Dated: July 30, 2010

_____
STEPHEN V. WILSON
Judge, United States District Court